**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

IN RE:

ASPASIA GABRIEL                              :        CHAPTER 13
    Debtor

                                        :        CASE NO. 17-51356 jam
================================================================

UNION SAVINGS BANK
    Movant

VS.

ASPASIA GABRIEL
    Debtor                                    :        FEBRUARY 1, 2018
================================================================

**MOTION TO DISMISS**

UNION SAVINGS BANK, a secured creditor of the Debtor, moves, pursuant to 11 USC §1307, to dismiss the Debtor's petition for her failure to make post-petition payments pursuant to 11 USC §1326(a).

1.      UNION SAVINGS BANK (USB) holds a first mortgage on the Debtor's real property located at 21 Mountainville Avenue, Danbury, Connecticut.

2.      The Debtor is in default in her payments to USB, and has been in default since June 2014. USB commenced a foreclosure action in April 2015 that was scheduled for trial days after the debtor filed her petition.

3.      Pursuant to 11 USC §1326(a)(1), the Debtors, within thirty days of the filing of their petition, must make post-petition payments on any secured claim, in this instance the USB mortgage.

4.      As of the date of this Motion, no §1326 payments have been made to the

Trustee.

5.    Pursuant to 11 USC §1307, "[A]fter notice and a hearing, the court may

convert a case under this Chapter to a case under Chapter 7 of this title, or may dismiss a

case under this Chapter, whichever is in the best interests of creditors and the estate, for

cause, including – (4) failure to commence making timely payments under section 1326 of

the title...." *See, e.g.* In re: Michaelesco, 312 B.R. 466, 473-74 (Bkrtcy Conn 2004).

6.    Accordingly, and in light of the Debtor's failure to make payments under

§1326(a)(1), USB moves that this case be dismissed.

THE MOVANT

By_____

Christopher G. Winans
98 Mill Plain Road – Suite 2A
Danbury, CT 06811
(203) 748-4888
Federal Bar No. ct02254

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

IN RE:

ASPASIA GABRIEL                              :        CHAPTER 13
    Debtor

                                      :        CASE NO. 17-51356 jam
================================================================
UNION SAVINGS BANK
    Movant

VS.

ASPASIA GABRIEL
    Debtor                                   :        FEBRUARY 1, 2018
================================================================

### PROPOSED ORDER

    After notice and consideration by the Court on the above-referenced Motion to

Dismiss, Doc. I.D. No. _____;

    **IT IS HEREBY ORDERED** that it is in the best interests of the creditors and the

estate to DISMISS the Debtor's Chapter 13 case.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

IN RE:

ASPASIA GABRIEL                    :      CHAPTER 13
    Debtor

                             :      CASE NO. 17-51356 jam
===============================================================
UNION SAVINGS BANK
    Movant

VS.

ASPASIA GABRIEL
    Debtor                          :      FEBRUARY 1, 2018
===============================================================

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

UNION SAVINGS BANK (the "Movant") has filed a Motion to Dismiss, (the

"Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any

response to the Contested Matter must be filed with the Court no later than February 15,

2018, in accordance with Federal Rules of Bankruptcy Procedure 2202(a) and 9014.* In

the absence of a timely filed response, the proposed order in the Contested Matter *may*

enter without further notice and hearing. See 11 U.S.C. Section 102(1).

    Date:  February 1, 2018


*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail,

three days are added after the response date set in this Notice.

THE MOVANT

By_____

Christopher G. Winans
98 Mill Plain Road – Suite 2A
Danbury, CT 06811
203-748-4888
Federal Bar No. ct02254

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

IN RE:

ASPASIA GABRIEL                          :        CHAPTER 13
    Debtor

                                                      :        CASE NO. 17-51356 jam

===========================================================================

UNION SAVINGS BANK
    Movant

VS.

ASPASIA GABRIEL
    Debtor                              :        FEBRUARY 1, 2018

===========================================================================

### CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the 1st day of February, 2018, in accordance with applicable law, I served the following documents upon the entities listed below (constituting all entities entitled to notice):

1)    A copy of the pleading initiating the contested matter, specifically: Motion to Dismiss;

2)    A copy of the Proposed Order associated therewith; and

3)    A Notice of Contested Matter Response Date.


Aspasia Gabriel
44 Corn Tassle Road
Danbury, CT 06811
*Debtor*

Richard P. Terbrusch
30 Main Street
Suite 501
Danbury, CT 06810
*Attorney for Debtor*

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
*Trustee*

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street
Room 302
New Haven, CT 06510
*U.S. Trustee*

_____
Christopher G. Winans
Federal Bar No. ct02254